DKH CORP. v. RANKIN-PATTERSON OIL CO.

No. 353PA97

Case below: 126 N.C.App. 634

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 2 October 1997.

DRYE v. NATIONWIDE MUT. INS. CO.

No. 432P97

Case below: 126 N.C.App. 811

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

EDWARDS v. N.C. FARM BUREAU MUT. INS. CO.

No. 360P97

Case below: 126 N.C.App. 634

Petition by defendant and third-party plaintiff (NC Farm Bureau) for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997. Motion by third-party defendant (Danny Boone) to strike portion of petition for discretionary review pursuant to Rule 37 allowed 2 October 1997.

ELLIOTT v. N.C. PSYCHOLOGY BD.

No. 340PA97

Case below: 126 N.C.App. 453

Petition by appellant for discretionary review pursuant to G.S. 7A-31 allowed 2 October 1997.

EUBANKS v. STATE FARM FIRE AND CASUALTY CO.

No. 327P97

Case below: 126 N.C.App. 483

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.